```
                                           FILED
                                         FEB 2 6 2008
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR528-DMS |
|---|---|
| Plaintiff, | ) |
| | ) I N F O R M A T I O N |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| DENISE CARRILLO (1), | ) 960 – Importation of Marijuana; |
| ANTHONY McFARLAND (2), | ) Title 18, U.S.C., Sec. 2 – Aiding |
| | ) and Abetting (Felony) |
| Defendants. | ) |

The United States Attorney charges:

On or about January 27, 2008, within the Southern District of California, defendants DENISE CARRILLO and ANTHONY McFARLAND, did knowingly and intentionally import approximately 36.22 kilograms (approximately 79.68 pounds) of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: February 26, 2008 .

KAREN P. HEWITT
United States Attorney

/s/ John T. Wen
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
2/26/08