UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0528-DMS |
| Plaintiff, ) | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. ) | |
| DENISE CARRILLO, et al. ) | |
| Defendants. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Sentencing Hearings in the above-entitled matter shall be continued from May 23, 2008 at 9:00 a.m. to June 27, 2008 at 9:00 a.m..

**IT IS FURTHER ORDERED** that time is excluded pursuant to the Speedy Trial Act.

**SO ORDERED.**

DATED: May 13, 2008

_____
HON. DANA M. SABRAW
United States District Judge